```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF PUERTO RICO
```

DON KING PRODUCTIONS, INC.,

    **Plaintiff(s)**

        **v.**                               **CIVIL NO.** 04-2099 (JAG)

RENE CAMACHO, <u>et al.</u>,

    **Defendant(s)**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Because no objections were filed within the prescribed time-period, the Court hereby **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. That this court has personal jurisdiction over the parties and the subject matter herein;

2. That the default entered by the United States District Court of Puerto Rico against the Defendants René Camacho, his wife Jane Doe and the conjugal partnership between them, d/b/a "Restaurant Amigos de René" is reaffirmed and plaintiff will recover the amount of $23,355, as detailed below, together with statutory interest thereon from the date of this order of default judgment, for which let execution issue:

    a. Statutory damages pursuant to 47 U.S.C. § 605(a)(3)(C)(i) in the amount of $10,000 plus $375, representing the

Civil No. 02-1253 (JAG)                                              2

actual costs of the license had it been legally procured the day of the fight, for a total in the amount of $10,375;

  b. Statutory damages pursuant to 47 U.S.C. § 605(a)(3)(C)(ii) as a result of defendants committing such acts willfully and for direct or indirect commercial advantage in the amount of $10,000;

  c. Attorney's fees in the amount of $2,700 and costs in the amount of $280, for a total attorney's fees and costs of $2,980.

Default Judgment shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of April 2005.

         S/Jay A. Garcia-Gregory
         JAY A. GARCIA-GREGORY
         United States District Judge